**Paul P. Rinaldo**
Attorney At Law

**MEMO ENDORSED**

50 Main Street, Suite 1000
White Plains, NY 10606
Email: prinaldolaw@aol.com

Tel: (914) 682-2015
Cell: (914) 374-2337

November 14, 2019

Via ECF

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Maurice Murphy</u>
    18 CR 284(KMK)

Dear Judge Karas:

I respectfully request that the travel conditions of the defendant's bond be modified solely to the extent that travel be expanded to include the Northern District of New York.

Mr. Murphy is scheduled to voluntarily surrender to begin serving his sentence on January 10, 2020. This modification would allow him to travel to Albany to visit with his son, daughter-in law and grandson during the upcoming holidays. All other conditions of the bond would remain in effect.

Assistant United States Attorney Samuel L. Raymond and Pretrial Services Officer Leo Barrios have no objection to this request.

Respectfully submitted,

/s/ Paul P Rinaldo
Paul P. Rinaldo

cc: AUSA Samuel L. Raymond, via ECF and email
    Pretrial Officer Leo Barrios, via email

*Granted.*
*So Ordered*
*KMK*
*11/14/19*