# Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000  
White Plains, NY 10606  
Email: prinaldolaw@aol.com

Tel: 914-682-2015  
Cell: 914-374-2327

**MEMO ENDORSED**

January 6, 2020

VIA ECF

Honorable Kenneth M. Karas  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

    Re: <u>United States v. Maurice Murphy</u>  
        18 CR 284(KMK)

Dear Judge Karas:

I respectfully request that the date for the defendant's voluntary surrender be extended from January 10, 2020 until January 31, 2020. Mr. Murphy has not yet been designated by the Bureau of Prisons and Pretrial Services Officer Leo Barrios has informed me that the designation should be made within the next few weeks.

Officer Barrios and Assistant United States Attorney Samuel L. Raymond have no objection to this request.

                              Respectfully requested,

                              /s/ Paul P. Rinaldo

                              Paul P. Rinaldo

cc:    AUSA Samuel L. Raymond, via ECF and email  
        Pretrial Officer Leo Barrios, via email.

*Granted.*  
*So Ordered*  
*KMK*  
*1/6/20*