# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2022

**VIA ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *United States v. Maurice Murphy, 18-cr-00284-6 (KMK)*

Dear Honorable Judge Karas:

    I write to respectfully request the Court modify Mr. Murphy's release conditions to permit him to meet his bond conditions by close of business tomorrow, August 16, 2022.

    Mr. Murphy made an initial appearance on a violation of supervised release warrant on August 12, 2022, before the Honorable Paul E. Davison. Mr. Murphy was released on an unsecured bond in the amount of $100,000 co-signed by two financially responsible persons. The Court ordered Mr. Murphy released on his own signature on Friday at approximately 4:45 p.m. to meet the terms of the bond and he had until close of business today to meet those terms. Two co-signors were interviewed today and approved. However, we were notified of the approval at approximately 4:45 p.m. today. That did not give the Clerk's office sufficient time to swear them to the bond. Therefore, Mr. Murphy respectfully requests until tomorrow to meet the terms of the bond and have the co-signors signed.

    The government, through Assistant United States Attorney Josiah Pertz, does not object to this request. Therefore, Mr. Murphy respectfully requests that the Court modify his release conditions so that he can satisfy the bond by close of business tomorrow..

    Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

**Granted.**

**Date: 8/15/2022**

SO ORDERED
KENNETH M. KARAS U.S.D.J.

cc:   Josiah Pertz, AUSA